No. 175. PARTMAR CORPORATION *v.* UNITED STATES ET AL. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. MR. JUSTICE CLARK took no part in the consideration or decision of this case. *Russell Hardy* for appellant. *Solicitor General Perlman* for the United States; and *Albert C. Bickford, Louis Phillips* and *George G. Gallantz* for Paramount Pictures, Inc. et al., appellees.

No. 196. GENERAL ENGINEERING CORP. ET AL. *v.* TEXAS EMPLOYMENT COMMISSION (FORMERLY KNOWN AS TEXAS UNEMPLOYMENT COMPENSATION COMMISSION) ET AL. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *A. C. Heath* for appellants. *Price Daniel,* Attorney General of Texas, for appellees.

No. 198. KRACHOCK *v.* DEPARTMENT OF REVENUE. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Harry G. Fins* and *Walter F. Dodd* for appellant., *Ivan A. Elliott,* Attorney General of Illinois, *William C. Wines* and *A. Zola Groves,* Assistant Attorneys General, for appellee.